```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 18-02701-RNO
Matthew Paul Feller                                                                     Chapter 7
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh                Page 1 of 2                  Date Rcvd: Dec 11, 2018
                              Form ID: 318                 Total Noticed: 43
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
```
db              Matthew Paul Feller,    39 Dowbush Rd,    Lehighton, PA  18235-9534
aty            +William G. Schwab & Associates,    811 Blakeslee Blvd, Drive East,    PO Box 56,
                 Lehighton, PA 18235-0056
5078174         A Neumann & Associates, LLC,    84 1st Ave,    Atlantic Highlands, NJ  07716-1289
5078176         Alperstein & Associates,    1080 N Delaware Ave Ste 505,    Philadelphia, PA  19125-4335
5078180         Blue Vine Capital, Inc.,    401 Warren St Ste 300,    Redwood City, CA  94063-1578
5078181        ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,     5805 Sepulveda Blvd Fl 4,
                 Sherman Oaks, CA  91411-2532)
5078184         CBSG,   141 N 2nd St,    Philadelphia, PA  19106-2009
5111412         CitiBank.N.A.,    P O Box 6030,    Sioux Falls, SD 57117-6030
5078186         Citibankna,    Citibank Corp/Centralized Bankruptcy,    PO Box 790034,
                 Saint Louis, MO  63179-0034
5078188         Department # 110840,    PO Box 1259,    Oaks, PA  19456-1259
5078172         Feller Matthew Paul,    39 Dowbush Rd,    Lehighton, PA  18235-9534
5078189         Fernicola & Associates, LLC,    219 Broad St,    Red Bank, NJ  07701-2033
5078190        #+Forward Financing,    36 Bromfield St Ste 210-212,    Boston, MA 02108-5273
5078192         Interstate Fleets, Inc.,    696 Bethlehem Pike,    Colmar, PA  18915-9760
5078195         Kim Emerling / Forward Financing, LLC,    26 Bromfield St Ste 210,    Boston, MA  02108-5203
5078173         Law Office of Adam R Weaver Esq,    1407 Blakeslee Boulevard Dr E,    Lehighton, PA  18235-9665
5078197         Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX  75019-4620
5084949        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Attention: Bankruptcy Department,    PO Box 619096,
                 Dallas TX 75261-9096
5078198         Nationstar/mr. Cooper,    350 Highland Dr,    Lewisville, TX  75067-4177
5078199         Norman M. Valz & Associates, PC,    205 Arch St Fl 2,    Philadelphia, PA  19106-1904
5078202         PA Department of Revenue,    Bureau of Compliance,    PO Box 280948,    Harrisburg, PA  17128-0948
5078203         Regional EMS and Critical Care, Inc.,    234 1/2 N 3rd St,    Lehighton, PA  18235-1504
5078204         The Business Backer,    10856 Reed Hartman Hwy Ste 100,    Cincinnati, OH  45242-2820
5078205         Victoria G. Feller,    39 Dowbush Rd,    Lehighton, PA  18235-9534
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +E-mail/Text: wschwab@iq7technology.com Dec 11 2018 19:13:40     William G Schwab (Trustee),
                 William G Schwab and Associates,    811 Blakeslee Blvd Drive East,    PO Box 56,
                 Lehighton, PA 18235-0056
5078177         EDI: ARSN.COM Dec 12 2018 00:08:00      ARS National Services, Inc.,    PO Box 469046,
                 Escondido, CA  92046-9046
5078175         EDI: MERRICKBANK.COM Dec 12 2018 00:08:00      Advanta Credit Cards/C,    101 Crossways Park Dr W,
                 Woodbury, NY  11797-2020
5080738        +EDI: AMEREXPR.COM Dec 12 2018 00:09:00      American Express,    PO Box 981535,
                 El Paso, TX  79998-1535
5080739         EDI: AMEREXPR.COM Dec 12 2018 00:09:00      American Express,    PO Box 1270,
                 Newark, NJ  07101-1270
5117246         EDI: BECKLEE.COM Dec 12 2018 00:08:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
5078179         EDI: TSYS2.COM Dec 12 2018 00:08:00      Barclays Bank Delaware,    Attn: Correspondence,
                 PO Box 8801,    Wilmington, DE  19899-8801
5078178         EDI: TSYS2.COM Dec 12 2018 00:08:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE  19899-8803
5078182         EDI: CAPITALONE.COM Dec 12 2018 00:09:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA  23238-1119
5078183         EDI: CAPITALONE.COM Dec 12 2018 00:09:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT  84130-0285
5078185         EDI: CITICORP.COM Dec 12 2018 00:09:00      Citibankna,    PO Box 769006,
                 San Antonio, TX  78245-9006
5078187         E-mail/Text: teresa@parfunding.com Dec 11 2018 19:13:41
                 Complete Business Solutions Group, Inc.,    141 N 2nd St,    Philadelphia, PA  19106-2009
5078191         EDI: IRS.COM Dec 12 2018 00:09:00      Internal Revenue Service,    Centralized Insolvency,
                 PO Box 21126,    Philadelphia, PA  19114-0326
5078193         E-mail/Text: ar.department@jwtire.com Dec 11 2018 19:13:12     Jack Williams Tire Co. Inc.,
                 PO Box 3655,    Scranton, PA  18505-0655
5078194         E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Dec 11 2018 19:13:39     Kabbage, Inc.,
                 PO Box 77081,    Atlanta, GA  30357-1081
5078196         E-mail/Text: bk@lendingclub.com Dec 11 2018 19:13:35     Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA  94105-2985
5078201         EDI: AGFINANCE.COM Dec 12 2018 00:08:00      OneMain,    Attn: Bankruptcy,    601 NW 2nd St,
                 Evansville, IN  47708-1013
5078200         EDI: AGFINANCE.COM Dec 12 2018 00:08:00      Onemain,    PO Box 1010,
                 Evansville, IN  47706-1010
5081445         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 11 2018 19:13:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                                TOTAL: 19
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            CitiMortgage Inc.
cr*           American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern, PA  19355-0701
                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
```
              Adam R Weaver    on behalf of Debtor 1 Matthew Paul Feller AttyWeaver@icloud.com,
               G16927@notify.cincompass.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com,
               schwab@uslawcenter.com
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                    TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Matthew Paul Feller** | Social Security number or ITIN  xxx–xx–8882 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **5:18–bk–02701–RNO** | | |

# Order of Discharge                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matthew Paul Feller

**By the court:**

December 11, 2018

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: MMchugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                    **Order of Discharge**                    page 1

Case 5:18-bk-02701-RNO   Doc 33   Filed 12/13/18   Entered 12/14/18 00:48:00   Desc
Imaged Certificate of Notice   Page 3 of 4

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**