UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re: §
Feller, Matthew Paul § Case No. 5:18-bk-02701-RNO
§
§
Debtors(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 06/27/2018. The case was converted to a Chapter 7 on 07/20/2018. The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 15,001.74 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 96.53 |
| Bank Service Fees | | 0.00 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 14,905.21 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 04/13/2019 and the deadline for filing governmental claims was 04/13/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

     7. The Trustee's proposed distribution is attached as **Exhibit D.**

     8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $2,250.17. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $2,250.17, for a total compensation of $2,250.17.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $98.05 for total expenses of $98.05.[2]

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :  06/27/2019        By :  /s/ William G.Schwab
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) Page 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 18-02701 | Judge: Robert N. Opel II | Trustee Name: William G. Schwab |
|---|---|---|
| Case Name: Feller, Matthew Paul | | Date Filed (f) or Converted (c): 07/20/2018 (c) |
| | | 341(a) Meeting Date: 09/25/2018 |
| For Period Ending: 06/27/2019 | | Claims Bar Date: 04/13/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Land | 58,000.00 | 0.00 | | 0.00 | FA |
| 2. 39 Dowbush Rd Lehighton PA 18235-9534 | 160,000.00 | 0.00 | | 0.00 | FA |
| 3. 2005 Honda Accord 256000 Miles | 3,358.00 | 0.00 | | 0.00 | FA |
| 4. 1986 Honda VT750 16,000 Miles | 895.00 | 0.00 | | 0.00 | FA |
| 5. 1988 Sea Sprite 19 Ft Bow Rider Model 196 BR, | 2,400.00 | 0.00 | | 0.00 | FA |
| 6. Trailer - Aluminum tilt | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. Tailer - Steel Ramps | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Household Furnishings | 1,275.00 | 0.00 | | 0.00 | FA |
| 9. Misc. Household Appliances | 1,075.00 | 0.00 | | 0.00 | FA |
| 10. Lawn Furniture | 50.00 | 0.00 | | 0.00 | FA |
| 11. Riding Mower | 300.00 | 0.00 | | 0.00 | FA |
| 12. Misc. Household Electronics | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. Books, CDs/DVDs, Misc. Niknaks | 200.00 | 0.00 | | 0.00 | FA |
| 14. Fishing Rods, Reels & Gear, Tackle | 100.00 | 0.00 | | 0.00 | FA |
| 15. Clothes & Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 16. Jewelry, Wedding Bands, Watch | 200.00 | 0.00 | | 0.00 | FA |
| 17. Pet Cat | 1.00 | 0.00 | | 0.00 | FA |
| 18. Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 19. Checking Account Key Bank # 3633 | 3,235.08 | 0.00 | | 0.00 | FA |
| 20. Savings Account KeyBank Savings - Joing Account | 110.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) (Page 3)    Exhibit A

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: 18-02701 | Judge: Robert N. Opel II | Trustee Name: William G. Schwab |
|---|---|---|
| Case Name: Feller, Matthew Paul | | Date Filed (f) or Converted (c): 07/20/2018 (c) |
| | | 341(a) Meeting Date: 09/25/2018 |
| For Period Ending: 06/27/2019 | | Claims Bar Date: 04/13/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 21. Morgan Stanley Employee Stock Plan Account - Biota Pharmaceuticals | 7.47 | 0.00 | | 0.00 | FA |
| 22. Regional EMS and Critical Care, Inc. | 1.00 | 0.00 | | 0.00 | FA |
| 23. IRA Retirement Account - Pershing Advisor Solutions, LLC | 15,667.54 | 0.00 | | 0.00 | FA |
| 24. Retirement Account Retirement Account Thorugh Employer - 403(b) - Valic | 161,828.44 | 0.00 | | 0.00 | FA |
| 25. Pension Plan Carbon County Pension Plan - Vested | 12,788.99 | 0.00 | | 0.00 | FA |
| 26. Estimated 2018 Federal Tax Refund, Prorated - Federal | 700.00 | 0.00 | | 0.00 | FA |
| 27. 2017 Tax Refund Federal | 1,400.00 | 0.00 | | 0.00 | FA |
| 28. Health Care Savings Account | 15,001.74 | 0.00 | | 15,001.74 | FA |
| 29. Mercer Health & Benefits - Term Life Insurance Policy | 1.00 | 0.00 | | 0.00 | FA |
| 30. Group Term Life Insurance Through Employer | 1.00 | 0.00 | | 0.00 | FA |
| 31. Stethoscope | 100.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| TOTALS (Excluding Unknown Values) | 446,996.26 | 0.00 | | 15,001.74 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

06-24-19-Quarterly Review of Status of Case for Outstanding Issues
2-20-19 Quarterly Review

UST Form 101-7-TFR (5/1/2011) (Page 4)

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: 18-02701 | Judge: Robert N. Opel II | Trustee Name: William G. Schwab |
| Case Name: Feller, Matthew Paul | | Date Filed (f) or Converted (c): 07/20/2018 (c) |
| | | 341(a) Meeting Date: 09/25/2018 |
| For Period Ending: 06/27/2019 | | Claims Bar Date: 04/13/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :**   **Current Projected Date of Final Report(TFR) :** 06/30/2019

**Trustee's Signature**   /s/William G. Schwab   **Date:** 06/27/2019
William G. Schwab
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235
Phone : (610) 377-5200

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 1

Case No: 18-02701  
Case Name: Feller, Matthew Paul  
Taxpayer ID No: **-***8882  
For Period Ending: 6/27/2019  

Trustee Name: William G. Schwab  
Bank Name: Texas Capital Bank  
Account Number/CD#: ******1979 Checking Account  
Blanket bond (per case limit): 10,000,000.00  
Separate bond (if applicable): 0.00  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code / Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/11/2019 | [28] | MATTHEW FELLER | SETTLEMENT AGREEMENT ON DEBTORS HEALTH CARE SAVINGS ACCOUNT PER COURT ORDER DATED 01-09-19 | 1129-000 / 15,001.74 | | 15,001.74 |
| 01/15/2019 | 51001 | BARCLAY'S<br>PO BOX 13337<br>PHILADELPHIA, PA 19101-3337 | FILING/SERVICING FEE (NOTICE OF MOTION TO APPROVE SETTLEMENT) | 2990-000 | 96.53 | 14,905.21 |

Page Subtotals    15,001.74    96.53

COLUMN TOTALS    15,001.74    96.53  
Less: Bank Transfer/CD's    0.00    0.00  
SUBTOTALS    15,001.74    96.53  
Less: Payments to Debtors    0.00  
Net    15,001.74    96.53  

All Accounts Gross Receipts: 15,001.74  
All Accounts Gross Disbursements: 96.53  
All Accounts Net: 14,905.21  

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******1979 Checking Account | 15,001.74 | 96.53 | |
| Net Totals | 15,001.74 | 96.53 | 14,905.21 |

Claims Bar Date: 04/13/19   Government Bar Date: 04/13/19

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | William G. Schwab, Trustee<br>811 BLAKESLEE BLVD DRIVE EAST<br>LEHIGHTON , PA 18235 | 2100 | 0.00 | 2,250.17 | 2,250.17 | 0.00 | 2,250.17 |
| | William G. Schwab, Trustee<br>811 BLAKESLEE BLVD DRIVE EAST<br>LEHIGHTON , PA 18235 | 2200 | 0.00 | 0.00 | 98.05 | 0.00 | 98.05 |
| | William G. Schwab and<br>811-1 Blakeslee Blvd Drive East<br>PO Box 56<br>Lehighton, PA 18235 | 3110 | 102.38 | 0.00 | 104.18 | 0.00 | 104.18 |
| | William G. Schwab and | 3220 | 0.00 | 1,709.00 | 1,763.00 | 0.00 | 1,763.00 |
| **ADMINISTRATIVE TOTAL** | | | **102.38** | **3,959.17** | **4,215.40** | **0.00** | **4,215.40** |
| 00002-3 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | 4210 | 0.00 | 79,264.69 | 79,264.69 | 0.00 | 79,264.69 |

Filed: 01/29/19  
Amends No. 00002  
Changed Priority Claimed Amount FROM: $0.00 TO: $177970.66  
Changed Amount Claimed FROM: $79264.69 TO: $257235.35

Changed Date Filed FROM: 07/26/2018 TO: 01/29/2019

Created Description: NULL  
Created Remarks: NULL

| 00003 | Nationstar Mortgage LLC<br>PO Box 619096<br>Dallas, TX 75261 | 4210 | 0.00 | 16,793.44 | 16,793.44 | 0.00 | 16,793.44 |

Filed: 07/18/18  
Created Amount Claimed: $16793.44  
 Created Secured Claimed Amount: $16793.44

 Created Filed By: Creditor  
 Created Date Filed: 07/18/2018  Created Description: Total arrears: $113.08

| 00012 | Complete Business Solutions<br>141 N 2nd St<br>Philadelphia, PA 19106 | 4210 | 0.00 | 120,646.64 | 120,646.64 | 0.00 | 120,646.64 |

Filed: 04/01/19  
Created Amount Claimed: $120646.64

Case: 18-02701  
Feller, Matthew Paul  
William G. Schwab  
CLAIMS REGISTER  
EXHIBIT C Page 2

Claims Bar Date: 04/13/19   Government Bar Date: 04/13/19

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | Created Secured Claimed Amount: $120646.64 | | | | | | |
| | Created Filed By: Creditor  Created Date Filed: 04/01/2019 | | | | | | |
| **SECURED TOTAL** | | | 0.00 | 216,704.77 | 216,704.77 | 0.00 | 216,704.77 |
| 00001 | PA Department of Revenue  PO Box 280948  Harrisburg, PA 17128 | 5800 | 0.00 | 79,337.11 | 18,358.76 | 0.00 | 18,358.76 |
| | Filed: 07/06/18  Created Amount Claimed: $79337.11  Created Secured Claimed Amount: $18358.76  Created Priority Claimed Amount: $41858.73 | | | | | | |
| | Created Filed By: Creditor  Created Date Filed: 07/06/2018  Created Description: arrears-18358.76 | | | | | | |
| 00002 | Internal Revenue Service  PO Box 21126  Philadelphia, PA 19114 | 5800 | 0.00 | 80,701.69 | 80,701.69 | 0.00 | 80,701.69 |
| | Filed: 07/06/18  Created Amount Claimed: $85701.69  Created Secured Claimed Amount: $80701.69  Created Priority Claimed Amount: $5000.00 | | | | | | |
| | Created Filed By: Creditor  Created Date Filed: 07/06/2018 | | | | | | |
| 00002A-3 | Internal Revenue Service  PO Box 21126  Philadelphia, PA 19114 | 5800 | 0.00 | 177,970.66 | 177,970.66 | 0.00 | 177,970.66 |
| | Filed: 01/29/19  Amends No. 00002  Changed Priority Claimed Amount FROM: $0.00 TO: $177970.66  Changed Amount Claimed FROM: $79264.69 TO: $257235.35  Changed Date Filed FROM: 07/26/2018 TO: 01/29/2019  Created Description: NULL  Created Remarks: NULL | | | | | | |
| **PRIORITY TOTAL** | | | 0.00 | 338,009.46 | 277,031.11 | 0.00 | 277,031.11 |

Case: 18-02701  
Feller, Matthew Paul

William G. Schwab  
CLAIMS REGISTER  
EXHIBIT C Page 3

Claims Bar Date: 04/13/19    Government Bar Date: 04/13/19

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 00001A | PA Department of Revenue | 7100 | 0.00 | 0.00 | 60,978.59 | 0.00 | 60,978.59 |
| 00002A | Internal Revenue Service<br>CENTRALIZED INSOLVENCY UNIT<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | 7100 | 0.00 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| 00003-2 | Nationstar Mortgage LLC<br>PO Box 619096<br>Dallas, TX 75261<br>Filed: 08/21/18<br>Amends No. 00003<br><br>Changed Date Filed FROM: 07/18/2018 TO: 08/21/2018<br><br>Created Description: NULL<br>Created Remarks: NULL | 7100 | 0.00 | 16,793.44 | 16,793.44 | 0.00 | 16,793.44 |
| 00004 | CitiBank.N.A.<br>PO Box 6030<br>Sioux Falls, SD 57117<br>Filed: 09/25/18<br>Created Amount Claimed: $46666.51<br>Created Secured Claimed Amount: $46666.51<br><br>Created Filed By: Creditor<br>Created Date Filed: 09/25/2018  Created Remarks: Account Number (last 4 digits):1965 | 7100 | 0.00 | 46,666.51 | 46,666.51 | 0.00 | 46,666.51 |
| 00005 | Advanta Bank Corporation<br>PO Box 10368<br>Greenville, SC 29603<br>Filed: 01/14/19<br>Created Amount Claimed: $2195.42<br>Created Secured Claimed Amount: $0.00<br><br>Created Filed By: Creditor<br>Created Date Filed: 01/14/2019 | 7100 | 0.00 | 2,195.42 | 2,195.42 | 0.00 | 2,195.42 |
| 00006 | A Neumann and Associates<br>219 Broad St<br>Red Bank, NJ 07701<br>Filed: 01/18/19<br>Created NO CLAIM DATA<br>Created Amount Claimed: $166162.99<br><br>Created Filed By: Creditor<br>Created Date Filed: 01/18/2019 | 7100 | 0.00 | 166,162.99 | 166,162.99 | 0.00 | 166,162.99 |

Case: 18-02701　　　　　　　　　　　　　　　　　　　　　　　　　　　William G. Schwab
Feller, Matthew Paul　　　　　　　　　　　　　　　　　　　　　　　　　CLAIMS REGISTER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EXHIBIT C Page 4

Claims Bar Date: 04/13/19　　Government Bar Date: 04/13/19

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 00007 | The Business Backer<br>10856 Reed Hartman Hwy Ste 100<br>Cincinnati, OH 45242<br>Filed: 01/23/19<br>Created Amount Claimed: $27801.47<br><br>Created Filed By: Creditor<br>Created Date Filed: 01/23/2019　Created Remarks: Account Number (last 4 digits):8882 | 7100 | 0.00 | 27,801.47 | 27,801.47 | 0.00 | 27,801.47 |
| 00008 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272<br>Filed: 01/28/19<br>Created NO CLAIM DATA<br>Created Amount Claimed: $334.85<br><br>Created Filed By: Creditor<br>Created Date Filed: 01/28/2019 | 7100 | 0.00 | 334.85 | 334.85 | 0.00 | 334.85 |
| 00009 | American Express Bank FSB<br>PO Box 3001<br>Malvern, PA 19355<br>Filed: 02/05/19<br>Created NO CLAIM DATA<br>Created Amount Claimed: $7401.45<br><br>Created Filed By: Creditor<br>Created Date Filed: 02/05/2019 | 7100 | 0.00 | 7,401.45 | 7,401.45 | 0.00 | 7,401.45 |
| 00010 | American Express Bank FSB<br>PO Box 3001<br>Malvern, PA 19355<br>Filed: 02/05/19<br>Created NO CLAIM DATA<br>Created Amount Claimed: $5752.29<br><br>Created Filed By: Creditor<br>Created Date Filed: 02/05/2019 | 7100 | 0.00 | 5,752.29 | 5,752.29 | 0.00 | 5,752.29 |
| 00011 | OneMain<br>PO Box 3251<br>Evansville, IN 47731<br>Filed: 02/19/19<br>Created NO CLAIM DATA<br>Created Amount Claimed: $10732.28<br><br>Created Filed By: Creditor | 7100 | 0.00 | 10,732.28 | 10,732.28 | 0.00 | 10,732.28 |

UST Form 101-7-TFR (5/1/2011)　Page 10

Case 5:18-bk-02701-RNO　　Doc 39　　Filed 07/18/19　　Entered 07/18/19 11:08:39　　Desc
Main Document　　Page 10 of 13

Case: 18-02701  
Feller, Matthew Paul

William G. Schwab  
CLAIMS REGISTER  
EXHIBIT C Page 5

Claims Bar Date: 04/13/19   Government Bar Date: 04/13/19

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | Created Date Filed: 02/19/2019 | | | | | | |
| **UNSECURED TOTAL** | | | **0.00** | **288,840.70** | **344,819.29** | **0.00** | **344,819.29** |
| **REPORT TOTALS** | | | **102.38** | **847,514.10** | **842,770.57** | **0.00** | **842,770.57** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 5:18-bk-02701-RNO
Case Name: Feller, Matthew Paul

Trustee Name: William G. Schwab

Balance on Hand $14,905.21

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: William G. Schwab, Trustee | $ 2,250.17 | $ 0.00 | $ 2,250.17 |
| Trustee, Expenses: William G. Schwab, Trustee Expenses | $ 98.05 | $ 0.00 | $ 98.05 |
| Attorney for Trustee, Fees: William G. Schwab and Associates- | $ 104.18 | $ 0.00 | $ 104.18 |
| Attorney for Trustee, Expenses: William G. Schwab and | $ 1,763.00 | $ 0.00 | $ 1,763.00 |

Total to be paid for chapter 7 administrative expenses $ 4,215.40
Remaining Balance $ 10,689.81

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $99,060.45 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | PA Department of Revenue Bureau of | $ 18,358.76 | $ 0.00 | $ 1,981.14 |
| 00002 | Internal Revenue Service Centralized | $ 80,701.69 | $ 0.00 | $ 8,708.67 |

Total to be paid to priority creditors $ 10,689.81
Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $124,438.54 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured)

UST Form 101-7-TFR (5/1/2011) Page 12

dividend is anticipated to be 0.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001A | PA Department of Revenue Bureau of | $ 60,978.59 | $ 0.00 | $ 0.00 |
| 00002A | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |
| 00003-2 | Nationstar Mortgage LLC d/b/a Mr. | $ 16,793.44 | $ 0.00 | $ 0.00 |
| 00004 | CitiBank.N.A. | $ 46,666.51 | $ 0.00 | $ 0.00 |
| Total to be paid to timely general unsecured creditors | | | | $ 0.00 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE