# WILLIAM G. SCHWAB, TRUSTEE
811 Blakeslee Boulevard Drive East
Post Office Box 56
Lehighton, Pennsylvania 18235

Matthew Feller                                                          June 27, 2019

RE:     Trustee

| DATE | DESCRIPTION | HOURS | STAFF |
|---|---|---|---|
| Oct-02-18 | Preparation of Faxcover Sheet to UST's Office (Re: Request Trustee Appointment) | 0.20 | AJ |
| Oct-03-18 | Receipt and Review of Electronic Correspondence from Wendy Paul with the UST's Office (Re: Trustee Appointment) | 0.20 | AJ |
| Jan-11-19 | Review of Claims Docket and Claims (Re: For TFR) | 0.30 | WGS |
|  | Adjsuting claims to reflect Court Order Approving Settlement | 0.20 | WGS |
|  | Review of and Establish Bank Account (Re: Texas Capital Bank) | 0.20 | AJ |
|  | Preparation of (1) Deposit and Logged into Account Ledger | 0.30 | AJ |
|  | Logged in (1) Check (Re: Matthew Feller) | 0.10 | JAS |
| Jan-13-19 | Review of Accounting of Assets | 0.40 | WGS |
| Jan-14-19 | Electronic Correspondence to Texas Capital Bank (Re: Status of Pending Bank Account) | 0.20 | AJ |
| Jan-15-19 | Electronic Correspondence From Jonathan with Texas Capital Bank (Re: Opened Bank Account) | 0.20 | AJ |

| Date | Description | Hours | Person |
|---|---|---|---|
| | Preparation of (1) Check (Re: Filing/Servicing Fee - Notice of the Motion to Approve Settlement) | 0.20 | AJ |
| Jan-21-19 | Telephone Conference with Samantha of CitiMortgage (Re: Status) | 0.20 | WGS |
| Jan-22-19 | Receipt and Review of Statement (Re: Mr. Cooper Escrow Account Disclosure Statement 1-15-19) | 0.20 | DK |
| Feb-07-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Mar-11-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Apr-08-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Apr-18-19 | Review of Claims Docket and Claims (Re: For TFR) | 0.40 | WGS |
| | Review of File (Re: Preparation for TFR) | 0.50 | WGS |
| May-10-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Jun-14-19 | Reconcile Bank Accounts (Includes Trustee Review Time) | 0.30 | IA |
| Jun-25-19 | Review of Assets, Claims and Bank Accounts (Re: Preparation for TFR) | 0.50 | AJ |
| | Preparation of Trustee Narrative (Re: Preparation for TFR) | 0.20 | AJ |
| | Review of and Run Health Check Report (Re: Preparation for TFR) | 0.20 | AJ |

| **Breakdown by Person** | **Total Hours** |
|---|---|
| William G. Schwab | 2.00 |

| **Breakdown by Person** | **Total Hours** |
|---|---|
| Amanda Jones | 2.40 |

| **Breakdown by Person** | **Total Hours** |
|---|---|
| Dena Kistler | 0.20 |

| **Breakdown by Person** | **Total Hours** |
|---|---|
| Blended Rate Lawyer | 1.50 |

| **Breakdown by Person** | **Total Hours** |
|---|---|
| Joyce A. Schwab | 0.10 |

**6.20**

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| Oct-02-18 | Photocopying @ $.15@ Copy (60) | 9.00 | |
| | Photocopying @ $.15@ Copy (2) | 0.30 | |
| | Facsimile @ $1.00 per Page (1) | 1.00 | |
| Oct-03-18 | Photocopying @ $.15@ Copy (2) | 0.30 | |
| Jan-11-19 | Photocopying @ $.15@ Copy (3) | 0.45 | |
| Jun-25-19 | Photocopying @ $.15@ Copy (2) | 0.30 | |
| Jun-27-19 | Distribution Expenses | 86.70 | |
| | Totals | $98.05 | $0.00 |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: MATTHEW PAUL FELLER, | : | Chapter 7 |
| Debtor. | : | Case No. 18-02701-RNO |

## NARRATIVE

In this case, the Trustee administered a medical trust.

In addition to the work that has already been itemized and is attached hereto, it is anticipated there will be additional work that is not included in the time records that are being submitted. We expect in the next three to four months, while the Final Report is pending before final distribution, that the bank account will have to be reconciled a minimum of four additional times. Billing at three-tenths of an hour of paralegal time, which includes the Trustee's review time, we expect that the total additional hours that will be spent on this project will amount to 1.2 hours of reconciliation.

Once the Court finalizes and approves the Final Report, the Order will have to be reviewed with a .1 time of Trustee time. We will then run a final distribution report which is reviewed by the paralegal and the trustee one last time for changes with paralegal times of .2 hour and attorney time at .1 hour. We then expect to prepare the checks in this case and photocopy the report to attach to the checks. We expect this will take an additional .5 paralegal time. Within the next sixty days we will be reviewing the bank statements monthly to make sure all of the checks are returned and again reconcile the account with paralegal time of three-tenths of an hour each time. For further information on the estimated time records needed to complete estate administration, please see the attached billing statement.

The case resulted in a distribution of 0.0% to unsecured creditors, in a case that was originally represented as a no-asset case.

2