UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: MATTHEW PAUL FELLER, | : | Chapter 7 | |
| Debtor. | : | Case No. 18-02701-RNO | |

## SUMMARY COVER SHEET FEES AND EXPENSES APPLICATION

a. Your applicant was appointed on October 10, 2018.

b. Your applicant represents William G. Schwab, Trustee.

c. The total amount of the compensation requested is $1,763.00.

d. This compensation is Final Compensation.

e. The total amount of expenses for which reimbursement is sought is $104.18 and is for period of October 2, 2018 through June 25, 2019.

f. The dates and amounts of previous compensation paid are $0.00.

g. The date and amount of any retainer paid are N/A.

Applicant's Signature:

/s/ William G. Schwab
WILLIAM G. SCHWAB, ESQUIRE
ATTORNEY FOR TRUSTEE

Dated: June 27, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: MATTHEW PAUL FELLER, | : | Chapter 7 |
| Debtor. | : | Case No. 18-02701-RNO |

## FINAL APPLICATION FOR COMPENSATION
## TO ATTORNEY FOR TRUSTEE

A. Your applicant was appointed on October 10, 2018. A copy of the Order appointing Attorney is attached hereto, made a part hereof and marked as Exhibit "A".

B. Your applicant represents the bankrupt estate.

C. Your applicant is a disinterested person and has not represented or held an interest adverse to the interest of the estate on the matters on which he was employed in compliance with 11 U.S.C. § 327(a).

D. The **total** amount of the unapproved compensation requested for attorney's fees is, one thousand seven hundred sixty-three and 00/100 Dollars ($1,763.00) as set forth in the attached Exhibits "B" through "E".

E. This compensation is final compensation.

F. The total out-of-pocket costs for each matter are set forth in the attached Exhibit "B", and total, one hundred four and 18/100 Dollars ($104.18).

G. Photocopies are billed at fifteen cents per copy, facsimiles are charged at $1.00 per page, including long distance charges, long distance telephone charges, postage and computer research are billed at cost.

H. The attorney for the Trustee has performed services on the following matters which are described in more detail as follows:

**General Case History:** Matthew Paul Feller filed for relief under Chapter 13 of the bankruptcy code on June 27, 2018. The case was then converted to a Chapter 7 on July 20, 2018. This case involved settlement of a medical trust between the Debtor and the Trustee.

I. Previous compensation & expenses have not been paid.

J. No retainer of any nature has been paid to the undersigned.

K. The identity of the individual attorney or paralegal performing the services and their respective hourly rates are as follows:

| Initials | Name | Capacity | Hourly Rate |
|---|---|---|---|
| WGS | William G. Schwab | Attorney | $395.00/hr.. |
| EJF | Eric J. Filer | Associate | $295.00/hr. |
| DK | Dena Kistler | Legal Asst. | $90.00/hr. |
| AJ | Amanda Jones | Paralegal | $90.00/hr. |

L. The blended professional rate for this petition is $231.97 per hour.

M. Currently there is $14,905.21 on hand, after the payment of secured creditors and authorized fees and expenses.

WHEREFORE, now comes WILLIAM G. SCHWAB, attorney and moves for approval of the fees as more particularly described in the attached Exhibits, which are for legal work to the bankrupt estate. The undersigned has reviewed and certifies same as an accurate and complete account of the services rendered and costs incurred in the above-captioned matter for the period indicated.

Respectfully Submitted,

WILLIAM G. SCHWAB & ASSOCIATES

By: __/s/ William G. Schwab__
WILLIAM G. SCHWAB, ESQUIRE
Attorney for Trustee
811-1 Blakeslee Blvd. Drive East
P.O. Box 56, Lehighton, PA 18235
(610) 377-5200, Fax (610) 377-5209

# EXHIBIT "A"

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: MATTHEW PAUL FELLER, : Chapter 7

Debtor. : Case No. 5:18-02701

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY FOR TRUSTEE

UPON consideration of the annexed Application of WILLIAM G. SCHWAB, ESQUIRE, Trustee in the above captioned matter, praying for authority to employ and appoint WILLIAM G. SCHWAB and WILLIAM G. SCHWAB AND ASSOCIATES, as of the date of his appointment as Trustee, under a general retainer to represent him as attorney for the Trustee, and it further appearing that no notice of the hearing of said application should be given, no adverse interest having been represented, and it further appearing that the said WILLIAM G. SCHWAB, ESQUIRE is an attorney duly admitted to practice in this court, and the Court being satisfied that WILLIAM G. SCHWAB, ESQUIRE and WILLIAM G. SCHWAB AND ASSOCIATES represents no adverse interest as attorney for the Trustee of the estate of the Debtor in the matters upon which he is engaged; that his employment is necessary and would be in the best interest of the estate, and the case is one justifying the employment of an attorney under a general retainer, IT IS :

HEREBY ORDER AND DECREED that the said WILLIAM G. SCHWAB, ESQUIRE as such Trustee, be and hereby is authorized to employ the said WILLIAM G. SCHWAB, ESQUIRE and his firm as attorney under a general retainer.

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel,* 124 F.3d 567 (3rd Cir. 1997).

Dated: October 10, 2018

By the Court,

*[signature]*

Robert N. Opel, II, Chief Bankruptcy Judge (MM)

10-2-18 asj/Feller/Atty/18399-2.2

# EXHIBIT "B"

Matthew Feller  June 27, 2019
      c/o Adam R. Weaver, Esq.
      1407 Blakeslee Blvd Dr. E
      Lehighton,, Pennsylvania 18235

|  |  |
|---|---|
| File #: | 18399-2 |
| Attention: | |
| Inv #: | Sample |

RE:     Attorney

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-02-18 | Preparation of Documents in Final for Electronic Filing (Re: Application to Appoint Attorney for Trustee, Affidavit of Proposed Attorney, Proposed Order and Certificate of Service) | 0.20 | 18.00 | AJ |
| | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Application to Appoint Attorney for Trustee, Affidavit of Proposed Attorney, Proposed Order and Certificate of Service) | 0.20 | 18.00 | AJ |
| | Preparation of Application (Re: Appoint Attorney for Trustee) | 0.20 | 32.00 | IA |
| | Preparation of Affidavit of Proposed Attorney (Re: Application to Appoint Attorney for Trustee) | 0.10 | 16.00 | IA |
| | Preparation of Proposed Order (Re: Application to Appoint Attorney for Trustee) | 0.10 | 16.00 | IA |
| | Preparation of Certificate of Service (Re: Application to Appoint Attorney for Trustee) | 0.10 | 16.00 | IA |
| Oct-10-18 | Receipt and Review of Court Order (Re: Granting Application to Employ William G. Schwab, Esquire and William G. Schwab & Associates as Attorney for Trustee) | 0.20 | 18.00 | AJ |
| Oct-24-18 | Review of Stipulation and Motion to Settle (Re: Health Care Claim) | 0.30 | 118.50 | WGS |
| | Preparation of Motion and Stipulation (Re: Health Savings Account) | 3.00 | 885.00 | EJF |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Electronic Correspondence to Attorney Adam Weaver (Re: Draft Stipulation) | 0.20 | 59.00 | EJF |
| Dec-03-18 | Review and Revision of Stipulation and E-mail to Attorney Weaver (Re: Requested Changes) | 0.60 | 177.00 | EJF |
| Dec-11-18 | Preparation of Documents in Final for Electronic Filing (Re: Motion to Approve Stipulation, Exhibit, Notice, Proposed Order and Certificate of Service) | 0.30 | 27.00 | AJ |
| Dec-13-18 | Review and Revision of Motion (Re: Settlement Stipulation) | 0.40 | 118.00 | EJF |
| Dec-14-18 | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Motion to Approve Settlement, Exhibit A, Notice, Proposed Order and Certificate of Service) | 0.20 | 18.00 | AJ |
| | Preparation of Electronically Filing Documents with CertificateofService.com for Service Upon Creditor Mailing Matrix (Re: Notice of Motion to Approve Settlement, Motion and Exhibit A) | 0.20 | 18.00 | AJ |
| | Receipt and Review of Electronic Notice (Re: Notice of Discharge) | 0.20 | 18.00 | AJ |
| | Review of Finalized Document for Compliance With ECF Requirements and Local Rules (Re: Notice and Certificate of Service as Proof of Service of the Notice of the Motion to Approve Settlement Served Upon the Creditor Mailing Matrix) | 0.20 | 18.00 | AJ |
| Jan-11-19 | Review of Settlement Order | 0.10 | 39.50 | WGS |
| | Review of Order Approving Settlement | 0.20 | 79.00 | WGS |
| Jun-25-19 | Preparation of Application (Re: Final Compensation & Expenses to Attorney for Trustee) | 0.60 | 54.00 | AJ |

|  |  | Totals | 7.60 | $1,763.00 |

## FEE SUMMARY:

| Lawyer | Hours | Effective Rate | Amount |
| --- | --- | --- | --- |
| William G. Schwab | 0.60 | $395.00 | $237.00 |
| Eric J. Filer | 4.20 | $295.00 | $1,239.00 |
| Amanda Jones | 2.30 | $90.00 | $207.00 |
| Blended Rate Lawyer | 0.50 | $160.00 | $80.00 |

| DISBURSEMENTS | | Disbursements | Receipts |
| --- | --- | --- | --- |
| Oct-02-18 | Photocopying @ $.15@ Copy (12) | 1.80 | |
| Dec-13-18 | Photocopying @ $.15@ Copy (14) | 2.10 | |
| Dec-14-18 | Postage (Service on Motion to Approve Settlement) | 96.53 | |
|  | Photocopying @ $.15@ Copy (13) | 1.95 | |
| Jun-25-19 | Photocopying @ $.15@ Copy (12) | 1.80 | |
|  | Totals | $104.18 | $0.00 |
|  | **Total Fees & Disbursements** | | $1,867.18 |
|  | Previous Balance | | $0.00 |
|  | Previous Payments | | $0.00 |
|  | **Balance Due Now** | | $1,867.18 |
|  | **AMOUNT QUOTED:** | | $0.00 |