UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

|  |  |  |
|---|---|---|
| In re: | § | Case No. 5:18-bk-02701-RNO |
| Feller, Matthew Paul | § | |
|  | § | |
|  | § | |
|  | § | |
| Debtors(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that William G. Schwab, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> 274 Max Rosenn U.S. Courthouse
> 197 South Main Street
> Wilkes-Barre, PA 18701

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/19/2019         By : /s/ William G.Schwab
                                      Trustee

William G. Schwab
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235

UST Form 101-7-NFR (10/1/2010) (Page 1 )

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re: §
 § Case No. 5:18-bk-02701-RNO
Feller, Matthew Paul §
 §
 §
 §
 Debtors(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,001.74 |
| and approved disbursements of | $ | 96.53 |
| leaving a balance on hand of: | $ | 14,905.21 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: William G. Schwab, Trustee | $ 2,250.17 | $ 0.00 | $ 2,250.17 |
| Trustee, Expenses: William G. Schwab, Trustee Expenses | $ 98.05 | $ 0.00 | $ 98.05 |
| Attorney for Trustee, Fees: William G. Schwab and Associates- | $ 104.18 | $ 0.00 | $ 104.18 |
| Attorney for Trustee, Expenses: William G. Schwab and | $ 1,763.00 | $ 0.00 | $ 1,763.00 |

Total to be paid for chapter 7 administrative expenses $ 4,215.40
Remaining Balance $ 10,689.81

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $99,060.45 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

UST Form 101-7-NFR (10/1/2010) (Page 2 )

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | PA Department of Revenue Bureau of | $ 18,358.76 | $ 0.00 | $ 1,981.14 |
| 00002 | Internal Revenue Service Centralized | $ 80,701.69 | $ 0.00 | $ 8,708.67 |

Total to be paid to priority creditors $ 10,689.81

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $124,438.54 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001A | PA Department of Revenue Bureau of | $ 60,978.59 | $ 0.00 | $ 0.00 |
| 00002A | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |
| 00003-2 | Nationstar Mortgage LLC d/b/a Mr. | $ 16,793.44 | $ 0.00 | $ 0.00 |
| 00004 | CitiBank.N.A. | $ 46,666.51 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) (Page 3 )

Prepared By: /s/ William G.Schwab
Trustee

William G. Schwab
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: MATTHEW PAUL FELLER | CASE NO: 18-02701-RNO |
|---|---|
| | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 7/19/2019, I did cause a copy of the following documents, described below,

Notice of Final Report (NFR)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/19/2019

/s/ Eric James Filer, Esquire
Eric James Filer, Esquire  316314
William G. Schwab & Associates
PO Box 56
Lehighton, PA  18235
610 377 5200

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: MATTHEW PAUL FELLER | CASE NO: 18-02701-RNO |
|---|---|
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 7/19/2019, a copy of the following documents, described below,

**Notice of Final Report (NFR)**

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/19/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Eric James Filer, Esquire
William G. Schwab & Associates
PO Box 56
Lehighton, PA 18235

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
03145
CASE 5-18-BK-02701-RNO
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE
FRI JUL 19 15-18-33 EDT 2019

A NEUMANN ASSOCIATES LLC
84 1ST AVE
ATLANTIC HIGHLANDS NJ 07716-1289

A NEUMANN AND ASSOCIATES LLC
CO PAUL V FERNICOLA AND ASSOC LLC
219 BROAD STREET
RED BANK NJ 07701-2033

ARS NATIONAL SERVICES INC
PO BOX 469046
ESCONDIDO CA 92046-9046

ADVANTA BANK CORPORATION
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

ADVANTA CREDIT CARDSC
101 CROSSWAYS PARK DR W
WOODBURY NY 11797-2020

ALPERSTEIN ASSOCIATES
1080 N DELAWARE AVE STE 505
PHILADELPHIA PA 19125-4335

AMERICAN EXPRESS
PO BOX 1270
NEWARK NJ 07101-1270

AMERICAN EXPRESS
PO BOX 981535
EL PASO TX 79998-1535

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

BARCLAYS BANK DELAWARE
ATTN CORRESPONDENCE
PO BOX 8801
WILMINGTON DE 19899-8801

BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON DE 19899-8803

BLUE VINE CAPITAL INC
401 WARREN ST STE 300
REDWOOD CITY CA 94063-1578

CBSG
141 N 2ND ST
PHILADELPHIA PA 19106-2009

CAINE WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE BANK USA NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CITIBANKNA
P O BOX 6030
SIOUX FALLS SD 57117-6030

CITIBANKNA
CITIBANK CORPCENTRALIZED BANKRUPTCY
PO BOX 790034
SAINT LOUIS MO 63179-0034

CITIBANKNA
PO BOX 769006
SAN ANTONIO TX 78245-9006

COMPLETE BUSINESS SOLUTIONS GROUP INC
141 N 2ND ST
PHILADELPHIA PA 19106-2009

DEPARTMENT 110840
PO BOX 1259
OAKS PA 19456-1259

DEBTOR
MATTHEW PAUL FELLER
39 DOWBUSH RD
LEHIGHTON PA 18235-9534

FELLER MATTHEW PAUL
39 DOWBUSH RD
LEHIGHTON PA 18235-9534

FERNICOLA ASSOCIATES LLC
219 BROAD ST
RED BANK NJ 07701-2033

ERIC JAMES FILER
8111 BLAKESLEE BLVD DRIVE EAST
PO BOX 56
LEHIGHTON PA 18235-0056

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FORWARD FINANCING
100 SUMMER ST SUITE 1175
BOSTON MA 02110-2138

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERSTATE FLEETS INC
696 BETHLEHEM PIKE
COLMAR PA 18915-9760

JACK WILLIAMS TIRE CO INC
PO BOX 3655
SCRANTON PA 18505-0655

KABBAGE INC
PO BOX 77081
ATLANTA GA 30357-1081

KIM EMERLING  FORWARD FINANCING LLC
26 BROMFIELD ST STE 210
BOSTON MA 02108-5203

LAW OFFICE OF ADAM R WEAVER ESQ
1407 BLAKESLEE BOULEVARD DR E
LEHIGHTON PA 18235-9665

LENDING CLUB CORP
71 STEVENSON ST STE 300
SAN FRANCISCO CA 94105-2985

MR COOPER
ATTN BANKRUPTCY
8950 CYPRESS WATERS BLVD
COPPELL TX 75019-4620

NATIONSTAR MORTGAGE LLC DBA MR COOPER
ATTENTION BANKRUPTCY DEPARTMENT
PO BOX 619096
DALLAS TX 75261-9096

NATIONSTARMR COOPER
350 HIGHLAND DR
LEWISVILLE TX 75067-4177

NORMAN M VALZ  ASSOCIATES PC
205 ARCH ST FL 2
PHILADELPHIA PA 19106-1904

ONEMAIN
ATTN BANKRUPTCY
601 NW 2ND ST
EVANSVILLE IN 47708-1013

ONEMAIN
PO BOX 3251
EVANSVILLE IN 47731-3251

ONEMAIN
PO BOX 1010
EVANSVILLE IN 47706-1010

PA DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
PO BOX 280948
HARRISBURG PA 17128-0948

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG PA 17128-0946

REGIONAL EMS AND CRITICAL CARE INC
234 12 N 3RD ST
LEHIGHTON PA 18235-1504

WILLIAM G SCHWAB
WILLIAM G SCHWAB AND ASSOCIATES
811 BLAKESLEE BLVD DRIVE EAST
PO BOX 56
LEHIGHTON PA 18235-0056

WILLIAM G SCHWAB  ASSOCIATES
811 BLAKESLEE BLVD DRIVE EAST
PO BOX 56
LEHIGHTON PA 18235-0056

WILLIAM G SCHWAB TRUSTEE
WILLIAM G SCHWAB AND ASSOCIATES
811 BLAKESLEE BLVD DRIVE EAST
PO BOX 56
LEHIGHTON PA 18235-0056

THE BUSINESS BACKER
10856 REED HARTMAN HWY STE 100
CINCINNATI OH 45242-2820

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

KARINA VELTER
MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS OH 43216-5028

VICTORIA G FELLER
39 DOWBUSH RD
LEHIGHTON PA 18235-9534

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541

ADAM R WEAVER
LAW OFFICE OF ADAM R WEAVER ESQUIRE
1407 BLAKESLEE BLVD DR EAST
LEHIGHTON PA 18235-9665