UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re: §
Feller, Matthew Paul § Case No. 5:18-bk-02701-RNO
 §
Debtor(s) §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

William G. Schwab, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $411,335.52 (Without deducting any secured claims) | Assets Exempt: $20,659.00 |
| Total Distributions to Claimants: $10,689.81 | Claims Discharged Without Payment: $801,543.91 |
| Total Expenses of Administration: $4,311.93 | |

3) Total gross receipts of $15,001.74 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,001.74 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $172,611.38 | $216,704.77 | $216,704.77 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $4,055.70 | $4,311.93 | $4,311.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $338,009.46 | $277,031.11 | $10,689.81 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $456,724.62 | $288,840.70 | $344,819.29 | $0.00 |
| **TOTAL DISBURSEMENTS** | $629,336.00 | $847,610.63 | $842,867.10 | $15,001.74 |

4) This case was originally filed under chapter 7 on 06/27/2018, and it was converted to chapter 7 on 07/20/2018. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated : 09/23/2019   By : /s/ William G. Schwab
                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Health Care Savings Account | 1129-000 | $15,001.74 |
| **TOTAL GROSS RECEIPTS** | | **$15,001.74** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002- | Internal Revenue Service | 4210-000 | NA | $79,264.69 | $79,264.69 | $0.00 |
| 00003 | Nationstar Mortgage LLC d/b/a | 4210-000 | NA | $16,793.44 | $16,793.44 | $0.00 |
| 00012 | Complete Business Solutions | 4210-000 | NA | $120,646.64 | $120,646.64 | $0.00 |
| | Citibankna | | $47,736.00 | NA | NA | $0.00 |
| | Mr. Cooper | | $22,348.00 | NA | NA | $0.00 |
| | Internal Revenue Service | | $42,092.91 | NA | NA | $0.00 |
| | Internal Revenue Service | | $31,318.41 | NA | NA | $0.00 |
| | PA Department of Revenue | | $29,116.06 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$172,611.38** | **$216,704.77** | **$216,704.77** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| William G. Schwab, Trustee | 2100-000 | NA | $2,250.17 | $2,250.17 | $2,250.17 |
| William G. Schwab and Associates- | 3220-000 | NA | $1,709.00 | $1,763.00 | $1,763.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| William G. Schwab, Trustee Expenses | 2200-000 | NA | $0.00 | $98.05 | $98.05 |
| William G. Schwab and Associates- | 3110-000 | NA | $0.00 | $104.18 | $104.18 |
| BARCLAY'S | 2990-000 | NA | $96.53 | $96.53 | $96.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,055.70 | $4,311.93 | $4,311.93 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001 | PA Department of Revenue | 5800-000 | NA | $79,337.11 | $18,358.76 | $1,981.14 |
| 00002 | Internal Revenue Service | 5800-000 | NA | $80,701.69 | $80,701.69 | $8,708.67 |
| 00002A-3 | Internal Revenue Service | 5800-000 | NA | $177,970.66 | $177,970.66 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $338,009.46 | $277,031.11 | $10,689.81 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00011 | OneMain | 7100-000 | NA | $10,732.28 | $10,732.28 | $0.00 |
| 00010 | American Express Bank FSB c/o | 7100-000 | NA | $5,752.29 | $5,752.29 | $0.00 |
| 00009 | American Express Bank FSB c/o | 7100-000 | NA | $7,401.45 | $7,401.45 | $0.00 |
| 00008 | Capital One Bank (USA), N.A. by | 7100-000 | NA | $334.85 | $334.85 | $0.00 |
| 00007 | The Business Backer | 7100-000 | NA | $27,801.47 | $27,801.47 | $0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00006 | A Neumann and Associates LLC | 7100-000 | NA | $166,162.99 | $166,162.99 | $0.00 |
| 00005 | Advanta Bank Corporation | 7100-000 | NA | $2,195.42 | $2,195.42 | $0.00 |
| 00004 | CitiBank.N.A. | 7100-000 | NA | $46,666.51 | $46,666.51 | $0.00 |
| 00003-2 | Nationstar Mortgage LLC d/b/a | 7100-000 | NA | $16,793.44 | $16,793.44 | $0.00 |
| 00002A | Internal Revenue Service | 7100-000 | NA | $5,000.00 | $0.00 | $0.00 |
| 00001A | PA Department of Revenue | 7100-000 | NA | $0.00 | $60,978.59 | $0.00 |
|  | A Neumann & Associates, LLC |  | $124,331.00 | NA | NA | $0.00 |
|  | Advanta Credit Cards/C |  | $2,318.00 | NA | NA | $0.00 |
|  | ARS National Services, Inc. |  | $29,382.57 | NA | NA | $0.00 |
|  | Barclays Bank Delaware |  | $3,367.00 | NA | NA | $0.00 |
|  | Blue Vine Capital, Inc. |  | $10,039.93 | NA | NA | $0.00 |
|  | Capital One |  | $358.00 | NA | NA | $0.00 |
|  | Complete Business Solutions |  | $156,581.32 | NA | NA | $0.00 |
|  | Forward Financing |  | $37,118.02 | NA | NA | $0.00 |
|  | Interstate Fleets, Inc. |  | NA | NA | NA | $0.00 |
|  | Jack Williams Tire Co. Inc. |  | $1,525.13 | NA | NA | $0.00 |
|  | Kabbage, Inc. |  | $53,640.65 | NA | NA | $0.00 |
|  | Lending Club Corp |  | $28,191.00 | NA | NA | $0.00 |
|  | OneMain |  | $9,872.00 | NA | NA | $0.00 |
|  | The Business Backer |  | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $456,724.62 | $288,840.70 | $344,819.29 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| Case No: 18-02701 | Judge: Robert N. Opel II | Trustee Name: William G. Schwab |
| Case Name: Feller, Matthew Paul | | Date Filed (f) or Converted (c): 07/20/2018 (c) |
| | | 341(a) Meeting Date: 09/25/2018 |
| For Period Ending: 09/23/2019 | | Claims Bar Date: 04/13/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Land | 58,000.00 | 0.00 | | 0.00 | FA |
| 2. 39 Dowbush Rd Lehighton PA 18235-9534 | 160,000.00 | 0.00 | | 0.00 | FA |
| 3. 2005 Honda Accord 256000 Miles | 3,358.00 | 0.00 | | 0.00 | FA |
| 4. 1986 Honda VT750 16,000 Miles | 895.00 | 0.00 | | 0.00 | FA |
| 5. 1988 Sea Sprite 19 Ft Bow Rider Model 196 BR, | 2,400.00 | 0.00 | | 0.00 | FA |
| 6. Trailer - Aluminum tilt | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. Tailer - Steel Ramps | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Household Furnishings | 1,275.00 | 0.00 | | 0.00 | FA |
| 9. Misc. Household Appliances | 1,075.00 | 0.00 | | 0.00 | FA |
| 10. Lawn Furniture | 50.00 | 0.00 | | 0.00 | FA |
| 11. Riding Mower | 300.00 | 0.00 | | 0.00 | FA |
| 12. Misc. Household Electronics | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. Books, CDs/DVDs, Misc. Niknaks | 200.00 | 0.00 | | 0.00 | FA |
| 14. Fishing Rods, Reels & Gear, Tackle | 100.00 | 0.00 | | 0.00 | FA |
| 15. Clothes & Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 16. Jewelry, Wedding Bands, Watch | 200.00 | 0.00 | | 0.00 | FA |
| 17. Pet Cat | 1.00 | 0.00 | | 0.00 | FA |
| 18. Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 19. Checking Account Key Bank # 3633 | 3,235.08 | 0.00 | | 0.00 | FA |
| 20. Savings Account KeyBank Savings - Joing Account | 110.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 18-02701 | Judge: Robert N. Opel II | Trustee Name: William G. Schwab |
|---|---|---|
| Case Name: Feller, Matthew Paul | | Date Filed (f) or Converted (c): 07/20/2018 (c) |
| | | 341(a) Meeting Date: 09/25/2018 |
| For Period Ending: 09/23/2019 | | Claims Bar Date: 04/13/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 21. Morgan Stanley Employee Stock Plan Account - Biota Pharmaceuticals | 7.47 | 0.00 | | 0.00 | FA |
| 22. Regional EMS and Critical Care, Inc. | 1.00 | 0.00 | | 0.00 | FA |
| 23. IRA Retirement Account - Pershing Advisor Solutions, LLC | 15,667.54 | 0.00 | | 0.00 | FA |
| 24. Retirement Account Retirement Account Thorugh Employer - 403(b) - Valic | 161,828.44 | 0.00 | | 0.00 | FA |
| 25. Pension Plan Carbon County Pension Plan - Vested | 12,788.99 | 0.00 | | 0.00 | FA |
| 26. Estimated 2018 Federal Tax Refund, Prorated - Federal | 700.00 | 0.00 | | 0.00 | FA |
| 27. 2017 Tax Refund Federal | 1,400.00 | 0.00 | | 0.00 | FA |
| 28. Health Care Savings Account | 15,001.74 | 0.00 | | 15,001.74 | FA |
| 29. Mercer Health & Benefits - Term Life Insurance Policy | 1.00 | 0.00 | | 0.00 | FA |
| 30. Group Term Life Insurance Through Employer | 1.00 | 0.00 | | 0.00 | FA |
| 31. Stethoscope | 100.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 446,996.26 | 0.00 | | 15,001.74 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

06-24-19-Quarterly Review of Status of Case for Outstanding Issues
2-20-19 Quarterly Review

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: 18-02701 | Judge: Robert N. Opel II | Trustee Name: William G. Schwab |
| Case Name: Feller, Matthew Paul | | Date Filed (f) or Converted (c): 07/20/2018 (c) |
| | | 341(a) Meeting Date: 09/25/2018 |
| For Period Ending: 09/23/2019 | | Claims Bar Date: 04/13/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :**     **Current Projected Date of Final Report(TFR) :** 06/30/2019

**Trustee's Signature**     /s/William G. Schwab     **Date:** 09/23/2019
William G. Schwab
811-1 Blakeslee Blvd Drive East
Lehighton, PA 18235
Phone : (610) 377-5200

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-02701 | Trustee Name: | William G. Schwab |
| Case Name: | Feller, Matthew Paul | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******1979 |
| Taxpayer ID No: | **-***8882 | Account Name | Checking Account |
| For Period Ending: | 9/23/2019 | Blanket bond (per case limit): | 10,000,000.00 |
| | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |


| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/11/2019 | [28] | MATTHEW FELLER | SETTLEMENT AGREEMENT ON DEBTORS HEALTH CARE SAVINGS ACCOUNT PER COURT ORDER DATED 01-09-19 | 1129-000 | 15,001.74 | | 15,001.74 |
| 01/15/2019 | 51001 | BARCLAY'S<br>PO BOX 13337<br>PHILADELPHIA, PA 19101-3337 | FILING/SERVICING FEE (NOTICE OF MOTION TO APPROVE SETTLEMENT) | 2990-000 | | 96.53 | 14,905.21 |
| 08/20/2019 | 51002 | William G. Schwab, Trustee<br>811 BLAKESLEE BLVD DRIVE EAST<br>LEHIGHTON , PA 18235 | Trustee's Compensation | 2100-000 | | 2,250.17 | 12,655.04 |
| 08/20/2019 | 51003 | William G. Schwab, Trustee Expenses<br>811 BLAKESLEE BLVD DRIVE EAST<br>LEHIGHTON , PA 18235 | Trustee Expenses | 2200-000 | | 98.05 | 12,556.99 |
| 08/20/2019 | 51004 | William G. Schwab and Associates-Expenses<br>811-1 Blakeslee Blvd Drive East<br>PO Box 56<br>Lehighton, PA 18235 | | 3110-000 | | 104.18 | 12,452.81 |
| 08/20/2019 | 51005 | William G. Schwab and Associates-Fees | | 3220-000 | | 1,763.00 | 10,689.81 |
| 08/20/2019 | 51006 | PA Department of Revenue Bureau of Compliance<br>PO Box 280948<br>Harrisburg, PA 17128 | Disb of 10.79% to Claim #00001<br>Amount and classification set via Order of Court dated 1-9-19 Docket #36 | 5800-000 | | 1,981.14 | 8,708.67 |
| | | | Page Subtotals | | 15,001.74 | 6,293.07 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-02701 | | Trustee Name: | William G. Schwab |
| Case Name: | Feller, Matthew Paul | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******1979 |
| Taxpayer ID No: | **-***8882 | | Account Name | Checking Account |
| For Period Ending: | 9/23/2019 | | Blanket bond (per case limit): | 10,000,000.00 |
| | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/20/2019 | 51007 | Internal Revenue Service Centralized Insolvency PO Box 21126 PO Box 21126 Philadelphia, PA 19114 | Disb of 10.79% to Claim #00002 Amount and classification set via Order of Court dated 1-9-19 Docket #36 | 5800-000 | | 8,708.67 | 0.00 |
| | | | Page Subtotals | | 0.00 | 8,708.67 | |

|  |  |  |
|---|---|---|
| **COLUMN TOTALS** | 15,001.74 | 15,001.74 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 15,001.74 | 15,001.74 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 15,001.74 | 15,001.74 |

| | |
|---|---|
| All Accounts Gross Receipts: | 15,001.74 |
| All Accounts Gross Disbursements: | 15,001.74 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******1979 Checking Account | 15,001.74 | 15,001.74 | |
| **Net Totals** | 15,001.74 | 15,001.74 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 10)

**Exhibit 9**