United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 18-02701-RNO
Matthew Paul Feller                                            Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: MichaelMc          Page 1 of 1          Date Rcvd: Dec 05, 2019
                             Form ID: orclreop         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2019.
db              Matthew Paul Feller,    39 Dowbush Rd,    Lehighton, PA 18235-9534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2019 at the address(es) listed below:
          Adam R Weaver    on behalf of Debtor 1 Matthew Paul Feller AttyWeaver@icloud.com,
           G16927@notify.cincompass.com
          Eric James Filer    on behalf of Trustee William G Schwab (Trustee) efiler@uslawcenter.com,
           ecf@uslawcenter.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           amps@manleydeas.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William G Schwab    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com,
           schwab@uslawcenter.com
          William G Schwab (Trustee)    schwab@uslawcenter.com,
           wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                           TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew Paul Feller,

**Debtor 1**

Chapter     7

Case No.     5:18–bk–02701–RNO

### Order

And now, whereas an Order has been heretofore entered reopening the above estate, and it further appearing that said reopened estate has been fully administered, it is hereby

**ORDERED** that the above named bankrupt estate be, and it hereby is, closed.

Dated:   December 5, 2019

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

orclreop(05/12)